UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60017-CR-SMITH

UNITED STATES OF AMERICA

v.

ALEXANDER BENEFIELD

_____/

## NOTICE OF APPEARANCE

The United States of America respectfully gives notice that the undersigned Assistant United States Attorney is appearing as co-counsel in the above-captioned case.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   s/ Karen Rochlin
      Karen Rochlin
      Assistant U.S. Attorney
      Court ID # A5500050
      99 N.E. 4th Street
      Miami, Florida 33132
      (305) 961-9234
      karen.rochlin@usdoj.gov