UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60017-SMITH

UNITED STATES OF AMERICA

vs.

ALEX BENEFIELD,

      **Defendant.**

      _____/

**NOTICE REGARDING GOVERNMENT TRIAL WITNESS**

The United States of America, through the undersigned Assistant United States Attorneys, provides this notice that the United States anticipates calling at trial the following witness who is believed to be personally known to the Court:

**Det. Solomon Barnes, Broward County Sheriff's Office, FBI Task Force Officer**.

During a phone call on July 17, 2025, defense counsel was informed of the above and indicated that he had no issue with the witness appearing before the Court.

                                                Respectfully submitted,

                                                HAYDEN P. O'BYRNE
                                                UNITED STATES ATTORNEY

By:    */s/ Nalina Sombuntham*
        Nalina Sombuntham, Fla. Bar No. 96139
        Assistant United States Attorney
        99 N.E. 4th Street, 4th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9224
        nalina.sombuntham@usdoj.gov

        s/ Karen Rochlin
        Karen Rochlin
        Assistant U.S. Attorney
        Court ID # A5500050
        99 N.E. 4th Street

Miami, Florida 33132<br>
(305) 961-9234<br>
karen.rochlin@usdoj.gov