UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60017-CR-SMITH

UNITED STATES OF AMERICA,

vs.

ALEX BENEFIELD,

    Defendant.
_____/

## ORDER ON MOTION
## TO TRAVEL FOR MEDICAL APPOINTMENTS

THIS CAUSE, having come before this Court on Defendant, Alex Benefield's Unopposed Motion to Travel for Medical Appointments (DE 83). The Court having reviewed the motion, and being otherwise fully advised in its premise, it is hereby,

**ORDERED AND ADJUDGED** that the Motion is GRANTED. The Defendant shall be allowed to travel to St. Petersburg, Florida for medical appointments. The Defendant shall notify his supervising officer at least 24 hours prior to his scheduled appointments.

Done and Ordered in Fort Lauderdale, Florida this 11th day of December, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE